UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

ROSS ADAMS,                              )
                                         )
            Petitioner,                  )
                                         )
        v.                               )        1:25-cv-00246-LEW
                                         )
STATE OF MAINE,                          )
                                         )
            Respondent                   )

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On April 13, 2026, the United States Magistrate Judge filed his Recommended Decision (ECF No. 11) on Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) and the State of Maine's Motion to Dismiss (ECF No. 4).   Petitioner Ross Adams filed an initial Objection (ECF No. 12) and on April 30, 2026, he filed a "Replacement Objection" (ECF No. 13).

I have reviewed and considered the Recommended Decision and the Objections, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge, which recommends that I grant the State's request and dismiss the petition,  for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2254 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 13th day of July, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge

2